[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 179.]

TOLEDO BAR ASSOCIATION *v.* VILD.

[Cite as *Toledo Bar Assn. v. Vild*, 1998-Ohio-574.]

*Attorneys at law—Misconduct—Public reprimand—Failing to file necessary probate forms in adoption proceeding and to order a home study in preparation for the adoption.*

(No. 98-1234—Submitted August 19, 1998—Decided December 9, 1998.)

ON CERTIFIED REPORT by the Board of Commissioners on Grievances and Discipline of the Supreme Court, No. 97-64.

———————————

{¶ 1} On June 16, 1997, relator, Toledo Bar Association, filed a complaint charging that respondent, Jeffrey T. Vild of Oregon, Ohio, Attorney Registration No. 0029535, violated DR 6-101(A)(1) (a lawyer shall not undertake a legal matter which he is not competent to handle, unless he associates with a lawyer who is competent to handle it) and 6-101(A)(3) (neglect of legal matter entrusted) in adoption proceedings. Respondent filed an answer, and the matter was heard by a panel of the Board of Commissioners on Grievances and Discipline of the Supreme Court ("board").

{¶ 2} The panel found that in February 1994, Dennis and Joyce Duncan paid respondent a retainer of $500 to pursue a noncontested open adoption in the Lucas County Court of Common Pleas. Both prior to and after the birth of the child, respondent failed to file the necessary probate forms and order a home study in preparation for the adoption. Until he was discharged by the Duncans in January 1996, respondent never instituted adoption proceedings. Ultimately, the Duncans retained another lawyer to accomplish the adoption, and respondent returned the retainer to the Duncans.

{¶ 3} The panel found that respondent's failure to act was a result of his complete inexperience and lack of knowledge regarding adoption procedures and concluded that he violated the Disciplinary Rules as charged. The panel recommended that respondent be publicly reprimanded. The board adopted the findings, conclusion, and recommendation of the panel.

————————

*R. Jeffrey Bixler,* for relator.

*Jeffrey T. Vild, pro se*.

————————

**_Per Curiam_.**

{¶ 4} We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————